# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **TIMOTHY HARRELL,** <br> **Petitioner,** | ) <br> ) <br> ) | |
| vs. | ) <br> ) <br> ) | Case Number:  **10-2151** |
| **UNITED STATES OF AMERICA,** <br> **Respondent.** | ) | |

### JUDGMENT  IN A CIVIL CASE

  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


     **IT IS ORDERED AND ADJUDGED** that the petitioner's §2255 is denied.  This case is terminated.


**Dated:**  June 15, 2011


                                   s/ Pamela E. Robinson
                                   Pamela E. Robinson
                                   Clerk, U.S. District Court